Certificate Number: 16339-PAE-DE-039682777

Bankruptcy Case Number: 25-11069



16339-PAE-DE-039682777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 20, 2025</u>, at <u>6:52</u> o'clock <u>PM EDT</u>, <u>Chad Darwiche</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   May 20, 2025             By:   /s/Kelley Tipton

                                 Name: Kelley Tipton

                                 Title: Certified Financial Counselor